AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 0 3 2025  VRR

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
| v. | ) | Case No. 25-352mJ |
| Daniel Guereca | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 20, 2025__ in the county of __Doña Ana__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Lilly Aldana, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __3 March 2025__

_____
Judge's signature

City and state: __Las Cruces, New Mexico__

Damian L. Martínez, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lilly Aldana, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1.      This affidavit is made in support of a criminal complaint charging Daniel Guereca (GUERECA) with a violation of Title 18 U.S.C. § 2113(a) – Bank Robbery.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2024. I have gained experience through training and everyday work relating to conducting these types of investigations.  Prior to becoming a Special Agent of the FBI, I earned a Bachelor's degree in Criminal Justice and Master's degree in Criminal Justice. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Field Office, Las Cruces Resident Agency, New Mexico. Prior to my current position, I was employed for three years as a Federal Probation Officer with the United States Probation Office, Western District of Texas. I am currently assigned to investigate violations of federal law, including bank robberies.

3.      The information contained herein is based upon my investigation as well as information supplied to me by other duly sworn law enforcement officers, and does not contain all information known to me, only facts for consideration of probable cause.

4.      I make this affidavit in support of a criminal complaint to show that there is probable cause to find that GUERECA violated Title 18 U.S.C. § 2113(a) – Bank Robbery as follows:

> On or about February 20, 2025, in Doña Ana County, in the District of New Mexico, GUERECA, by force, violence, and intimidation, did take from the person and presence of another a sum of U.S. currency belonging to and in the care, custody, control, management and possession of PNC Bank, the

deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. §§ 2113(a).

### Relevant Statute

5.      Under 18 U.S.C. § 2113(a), "[w]hoever, by force and violence, or by intimidation, takes, or attempts to take, from the person or presence of another, or obtains or attempts to obtain by extortion any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association" may be fined and imprisoned for up to twenty years.  A defendant is guilty of this crime if:

> (a) the defendant intentionally took from a person, or the presence of a person, money;

> (b) the money belonged to or was in the possession of a federally insured bank at the time of the taking; and

> (c) the defendant took the money by means of force and violence or by intimidation.

Criminal Pattern Jury Instructions (10th Cir. 2021), § 2.77 (Bank Robbery − 18 U.S.C. § 2113) (brackets omitted).

### Probable Cause

1.      On February 12, 2025, a bank robbery occurred at the US Bank at 2421 Main St. SE, Los Lunas, New Mexico, at approximately 5:00 p.m. The suspect was wearing a black hoodie and a white mask. The suspect entered the bank and passed a demand note to the teller, then verbally demanded more money, taking a total of at least $6,000.  The bank robber was seen on video footage, driving a light blue Honda CR-V with heavily tinted windows and no license plates.



*(Photos from US Bank Robbery in Los Lunas, NM, on Feb. 12, 2025)*

2.        On Thursday, February 20, 2025, at approximately 4:51 p.m., video footage shows two individuals walking near Valley Production Dispensary at 2460 South Locust Street, Las Cruces, New Mexico.  One of the individuals has a green hat; a white mask; a black hoodie (with the hood covering much of his head and neck); a black zip-up Adidas jacket worn over the hoodie; and dark pants. He is also carrying a piece of paper in his left hand, which is bare.  The second individual is seen with a hood over his head, a black jacket, a white mask, and bright colored gloves. The individuals were seen driving off in what appeared to be the same light blue Honda CR-V that was seen at the Los Lunas bank robbery on February 12, 2025.



*(Photos of Individuals Near Valley Production Dispensary, on Feb. 20, 2025, at approx. 4:51 p.m.)*

3.      About nine minutes later, at exactly 5:00 p.m. on February 20, 2025, a branch banker at PNC Bank at 3800 East Lohman Avenue, Las Cruces, New Mexico, answered a phone call to this PNC Bank's main line.  Per the bank's standard business practice, the call was recorded. The caller had a male voice and asked, "I wanted to see if you guys are still open or if it's just the drive-through?"  The banker responded that the bank was still open and would remain open until 6:00 p.m. that evening.  The banker instantly found the question—essentially trying to figure out if the bank's *lobby* was open—to be suspicious.  The banker has worked at this bank for over ten years and knows all of the bank's clients—and knows that all of the clients are familiar with the bank's hours.  (The banker reported that the last time she received a call asking if the bank, and particularly its lobby, was open was about six years ago—and shortly after that call was made, someone entered the bank and attempted to cash a false check.)

4.      At 5:21 p.m. on February 20, 2025, approximately 21 minutes after this suspicious phone call, a female entered the PNC Bank (which is located about 3.5 miles or a 10-minute drive from the Valley Productions Dispensary).  The female looked around the bank, grabbed a bank slip and a pen, and appeared to briefly write on the slip.  The female, however, never approached the bank counter or conducted any transaction.  Instead, she simply left the bank—only about 26 seconds after she entered the bank.  The banker attempted to follow the female out of the bank, but by the time the banker arrived at the door, the female was already gone.

5.      At 5:26 p.m. on February 20, 2025—approximately 5 minutes after the female left the bank—a male subject entered the PNC Bank.  The subject appeared to be wearing the same green hat, white mask, black hoodie, Adidas jacket, and dark pants that were observed approximately 35 minutes earlier at the dispensary.  As he entered the bank, the subject was still carrying a piece of paper in his left bare hand, but he was now wearing black (or at least dark-

colored) sunglasses.  Immediately upon entering the bank, he walked directly to the teller and gave the teller the piece of paper in his left hand, which stated:

> THIS IS A ROBERY [sic]! I NEED $20,000 IN BIG BILLS! NO TRACKERS OR DIE PACKS! I AM ARMED! PLEASE COMPLY SO YOU AND YOU COWORKERS GET HOME SAFELY!

6.      In response, the teller took the cash out of the register, stacked it up on the counter, and informed the subject that there was no more money. The subject then took the cash (approximately $3,313.00), placed it in his pockets, and then left the bank on foot at 5:27 p.m. (about 40 seconds after he entered the bank).  Video footage from the bank at approximately 5:28 p.m. (about 40 seconds after the subject left the bank) appears to show the same light blue Honda CR-V that was seen at both the Los Lunas bank robbery and the dispensary.



*(Photos from PNC Bank Robbery in Las Cruces, NM, on Feb. 20, 2025)*

7.      Because the subject left the note at the PNC Bank, that note was taken into evidence so that it could be tested for fingerprints. On February 25, 2025, results of the fingerprint test on this note showed a positive match for GUERECA.

8.      GUERECA is 28 years old and approximately 6'00" and 185 lbs., and the videos from the Los Lunas bank robbery on February 12, 2025, and the Las Cruces bank robbery on February 20, 2025, both appear to depict an individual with this same height and build.

## Conclusion

9.     Probable cause exists to believe that GUERECA, violated 18 U.S.C. § 2113(a) by robbing a PNC Bank in Las Cruces, New Mexico, on February 20, 2025.  Assistant United States Attorney Grant Gardner approved the charges filed in this criminal complaint.

This affidavit was reviewed by AUSA Grant Gardner.

Respectfully submitted,

Lilly Aldana
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on March _3_, 2025.

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE